**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-2016**

JERRY L. GENT,

Plaintiff - Appellant,

versus

PAT L. SMITH,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (CA-97-35-A)

Submitted:  September 25, 1997          Decided:  October 20, 1997

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry L. Gent, Appellant Pro Se.  Robert Bruce Dickert, WARREN & WARREN, Bristol, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gent v. Smith</u>, No. CA-97-35-A (W.D. Va. July 22, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>